# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

RICKY BOWDEN and KRISTEN BOWDEN,

Appellants,

v.

NATIONS DIRECT MORTGAGE, LLC,

Appellee.

No. 2D2025-1619

———————————————————

March 13, 2026

Appeal from the Circuit Court for Manatee County; Edward Nicholas, Judge.

Ricky Bowden and Kristen Bowden, pro se.

Alec P. Hayes of Troutman Pepper Locke LLP, Atlanta, Georgia, for Appellee.


PER CURIAM.

     Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.